■ In the Matter of New Hartford Central School District, Respondent, v Costello Blacktop Paving, Inc., Appellant. [656 NYS2d 1000] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.— Dismiss Affirmative Defenses.) Present—Pine, J. P., Lawton, Doerr, Boehm and Fallon, JJ.